1  OFFICE OF THE MONTEREY COUNTY COUNSEL
   CHARLES J. MCKEE (SBN 152458), COUNTY COUNSEL
2  LEROY W. BLANKENSHIP (SBN 065233), ASSISTANT COUNTY COUNSEL
   EFREN N. IGLESIA (SBN 71309), SENIOR DEPUTY COUNTY COUNSEL
3  168 W. ALISAL, 3RD FLOOR
   SALINAS, CA  93901-2680
4  Telephone:  (831) 755-5045
   Facsimile:  (831) 755-5283
5
   NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
6  STEPHEN N. ROBERTS (SBN 062538)
   NICOLE A. TUTT (SBN 179244)
7  50 CALIFORNIA STREET, 34TH FLOOR
   SAN FRANCISCO, CALIFORNIA 94111-4799
8  Telephone: (415) 398-3600
   Facsimile: (415) 398-2438
9  Email: montereycase@nossaman.com

10 NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   JOHN J. FLYNN III (SBN 076419)
11 18101 VON KARMAN AVENUE
   IRVINE, CA  92612-0177
12 Telephone: (949) 833-7800
   Facsimile: (949) 833-7878
13 Email: montereycase@nossaman.com

14 Attorneys for Defendants
   COUNTY OF MONTEREY, THE BOARD OF SUPERVISORS OF THE
15 COUNTY OF MONTEREY, AND ANTHONY ANCHUNDO

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN JOSE DIVISION

19
   SABRAS RANGEL AND MARIA BUELL,        )  Case No.:  C 06-02202 JW
20                                        )
               Plaintiffs,               )        ASSIGNED TO:
21                                        )      HON. JAMES WARE
        vs.                              )
22                                        )
   COUNTY OF MONTEREY, a governmental    )  **STIPULATION AND [PROPOSED] ORDER**
23 corporation formed under the laws of The State Of )
   California; THE BOARD OF SUPERVISORS OF )
24 THE COUNTY OF MONTEREY; AND           )
   ANTHONY ANCHUNDO, in his official capacity )
25 as the Registrar Of Voters For The County Of )
   Monterey,                             )
26                                        )
               Defendants.               )
27                                        )
   _____ )
28

---

IT IS SO ORDERED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

WHEREAS, this action involves the question of whether an election regarding a

2

referendum petition circulated in English only should take place in light of the Federal Voting Rights

3

Act;

4

WHEREAS, a specific issue is whether section 203 of the Federal Voting Rights Act

5

applies to referendum petitions;

6

WHEREAS, at the time the action was filed, an important precedent with respect to such

7

a legal issue was the case of *Padilla v. Lever*, 429 F.3d 910 (9th Cir. 2005), a case involving a recall

8

petition;

9

WHEREAS, the Ninth Circuit Court of Appeals has determined to reconsider that

10

decision before an *en banc* panel;

11

WHEREAS, pending the decision of the *en banc* panel, the prior decision may no longer

12

by cited as precedent before this Court;

13

WHEREAS, knowing the decision of the *en banc* panel will be of benefit to this Court in

14

this case, which may eventually turn on what decision the *en banc* panel makes; and

15

WHEREAS, the parties do not wish to waste the resources of this Court and spend their

16

own resources on pursuing this case until the decision of the *en banc* panel is known;

17

THEREFORE, the parties hereby stipulate and request the Court to enter an order that:

18

this proceeding is stayed pending the Court of Appeals decision with respect to *Padilla v. Lever*; the

19

pending case management conference and other deadlines are taken off calendar; and the parties shall

20

inform the Court no later than 30 days after the decision by the *en banc* panel of the Ninth Circuit Court

21

of Appeals that the decision has been made.  This stipulation is subject to being withdrawn if the parties

22

in the related case of *Rancho San Juan Opposition Coalition v. Board of Supervisors of the County of*

23

*Monterey*, Northern District Court Case No. C 06-2369 PVT determine to proceed to hearing or trial, or

24

if other events so require.

25

26

27

28

1

2   Dated: May 10, 2006                NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

3                                                          / S /
                                              By: _____
4                                                  STEPHEN N. ROBERTS

5                                              Attorneys for Defendants
                                              COUNTY OF MONTEREY, THE BOARD OF
6                                              SUPERVISORS OF THE COUNTY OF MONTEREY, AND
                                              ANTHONY ANCHUNDO
7

8   Dated: May 10, 2006                JOAQUIN G. AVILA

9                                                          / S /
                                              By: _____
10                                                 JOAQUIN G. AVILA

11                                             Attorneys for Plaintiffs
                                              SABAS RANGEL and MARIA BUELL
12

13

14  **ATTESTATION**   I, Stephen N. Roberts, am the ECF User whose identification and password are being

15  used to file this document.  In compliance with General Order 45.X.B, I hereby attest that Joaquin G.

16  Avila has concurred in this filing.

17                                                        /S/
                                              _____
18                                              Stephen N. Roberts

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2          GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

3          1.       This proceeding is stayed pending the Court of Appeals decision with respect to

4    *Padilla v. Lever*;

5          2.       The pending case management conference and other deadlines are taken off

6    calendar; and

7          3.       The parties shall inform the Court no later than 30 days after the decision by the

8    *en banc* panel of the Ninth Circuit Court of Appeals that the decision has been made.  This stipulation is

9    subject to being withdrawn if the parties in the related case of *Rancho San Juan Opposition Coalition v.*

10   *Board of Supervisors of the County of Monterey*, Northern District Court Case No. C 06-2369 PVT

11   determine to proceed to hearing or trial, or if other events so require.

12   Dated:  5/22/06

13                                                    _____
                                                     HON. JAMES WARE
14                                                   U.S. District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28