**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rancho San Juan Opposition Coalition, et al., | NO. C 06-02369 JW<br>NO. C 06-02202 |
| Rangel,<br>   Plaintiffs,<br>   v. | **ORDER GRANTING TELEPHONIC STATUS CONFERENCE** |
| Board of Supervisors of the County of Monterey, et al.,<br>   Defendants. | |

The Court grants counsel's request for a telephonic status conference in the above cases. The conference shall be on **Wednesday, June 28, 2006 at 2 p.m.** The parties shall designate a representative counsel to contact the Courtroom Deputy (535-5356) with a conference number where the Court can participate in the conference.

Dated: June 27, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ciaran Sullivan cosullivan@nossaman.com
Fredric D. Woocher fwoocher@strumwooch.com
Leroy W. Blankenship blankenshipl@co.monterey.ca.us
Michael J. Strumwasser mstrumwasser@strumwooch.com
Stephen N. Roberts sroberts@nossaman.com
Joaquin Guadalupe Avila avilaj@seattleu.edu

Dated:  June 27, 2006                                  Richard W. Wieking, Clerk

                                                       By:  /s/ JW Chambers
                                                               **Melissa Peralta**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California