**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rancho San Juan Opposition Coalition, et al., <br><br> Rangel, <br>           Plaintiffs, <br>   v. <br><br> Board of Supervisors of the County of Monterey, et al., <br><br>           Defendants.                      / | NO. C 06-02369 JW <br> NO. C 06-02202 JW <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; GRANTING MOTION TO APPEAR TELEPHONICALLY** |

In light of the recent Ninth Circuit en banc decision in <u>Padilla v. Lever</u>, the Court continues the case management conference presently scheduled for October 23, 2006 to **Tuesday, October 24, 2006 at 10 a.m.** The Court grants counsel's request to appear telephonically. The parties shall designate a representative counsel to contact the Courtroom Deputy (408-535-5356) with a conference number where the Court can participate in the conference.

Dated: October 18, 2006

                                                           JAMES WARE <br>
                                                           United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ciaran Sullivan cosullivan@nossaman.com
Fredric D. Woocher fwoocher@strumwooch.com
Leroy W. Blankenship blankenshipl@co.monterey.ca.us
Michael J. Strumwasser mstrumwasser@strumwooch.com
Stephen N. Roberts sroberts@nossaman.com
Joaquin Guadalupe Avila avilaj@seattleu.edu


**Dated: October 18, 2006**                           **Richard W. Wieking, Clerk**

 

                                                               **By:  /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California