IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: County of Monterey Initiative Matter<br>In re: Monterey Referendum | NO. C 06-01407 JW<br>NO. C 06-02202 JW<br><br>**ORDER VACATING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; SETTING CASE MANAGEMENT CONFERENCE** |

In light of the County's administrative motion to consolidate the above entitled cases with "In re: County of Monterey Initiative Matter" C-06-1407-JW, and the Ninth Circuit's remand and mandate in that case, the Court vacates the December 11, 2006 hearing on cross motions for summary judgment in the In re: Monterey Referendum cases. The Court sets a telephonic case management conference for both cases on **Wednesday, December 13, 2006 at 10 a.m.** The parties shall arrange for a conference number and inform Elizabeth Garcia, the Courtroom Deputy (408-535-5356) of that number no later than Monday, December 11, 2006.

Dated: December 7, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ciaran ;Sullivan cosullivan@nossaman.com
Fredric D. Woocher fwoocher@strumwooch.com
Joaquin Guadalupe Avila avilaj@seattleu.edu
Leroy W. Blankenship blankenshipl@co.monterey.ca.us
Michael J. Strumwasser mstrumwasser@strumwooch.com
Stephen N. Roberts sroberts@nossaman.com

**Dated:  December 7, 2006**                    **Richard W. Wieking, Clerk**

                                           **By:  /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California