IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: County of Monterey Initiative Matter<br><br>and<br><br>In re: Monterey Referendum<br>_____ / | NO. C 06-01407 JW<br>NO. C 06-02202 JW<br><br>**ORDER CONSOLIDATING CASES;**<br>**SETTING NEW HEARING DATE** |

On December 13, 2006, the Court conducted a case management conference to address Defendant's Motion to Consolidate "In re: County of Monterey Initiative Matter, C-06-1407-JW" and "In re: Monterey Referendum, C-06-2202-JW." Upon consideration of the parties' arguments, and for judicial economy and efficiency, the Court orders the cases consolidated. The consolidation is for the purposes of pretrial motions only, specifically cross-motions for summary judgment in light of the Ninth Circuit's *en blanc* ruling in Padilla v. Lever and on the issue of whether the convening of a three judge court is necessary. The cases shall maintain their separate designated case names.

The hearing date for all motions is specially set for **February 27, 2007 at 9 a.m.** The parties shall meet and confer, and stipulate to a briefing schedule for the motions consistent with the hearing date.

Dated: December 27, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ciaran ;Sullivan cosullivan@nossaman.com
Fredric D. Woocher fwoocher@strumwooch.com
Joaquin Guadalupe Avila avilaj@seattleu.edu
Leroy W. Blankenship blankenshipl@co.monterey.ca.us
Michael J. Strumwasser mstrumwasser@strumwooch.com
Stephen N. Roberts sroberts@nossaman.com

**Dated: December 27, 2006**              **Richard W. Wieking, Clerk**

                                           **By:  /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California