1  OFFICE OF THE MONTEREY COUNTY COUNSEL
   CHARLES J. MCKEE (SBN 152458), COUNTY COUNSEL
2  LEROY W. BLANKENSHIP (SBN 065233), ASSISTANT COUNTY COUNSEL
   EFREN N. IGLESIA (SBN 71309), SENIOR DEPUTY COUNTY COUNSEL
3  168 W. ALISAL, 3RD FLOOR
   SALINAS, CA  93901-2680
4  Telephone:  (831) 755-5045
   Facsimile:  (831) 755-5283
5
   NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
6  STEPHEN N. ROBERTS (SBN 062538)
   50 CALIFORNIA STREET, 34TH FLOOR
7  SAN FRANCISCO, CALIFORNIA 94111-4799
   Telephone: (415) 398-3600
8  Facsimile: (415) 398-2438
   Email: montereycase@nossaman.com
9
   NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
10 JOHN J. FLYNN III (SBN 076419)
   18101 VON KARMAN AVENUE
11 IRVINE, CA  92612-0177
   Telephone: (949) 833-7800
12 Facsimile: (949) 833-7878
   Email: montereycase@nossaman.com
13

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                         SAN JOSE DIVISION
17

18  In re:  County of Monterey Initiative Matter     )   NO:  C 06-01407 JW
                                                      )   NO:  C 06-02202 JW
19          and                                       )
                                                      )   Stipulation and [Proposed] Order Regarding
20  In re:  Monterey Referendum                       )   Briefing Schedule on Summary Judgment Motions
                                                      )
21                                                    )   Date:  February 27, 2007
                                                      )   Time:  9:00 a.m.
22                                                    )   Place: Courtroom 8
                                                      )   Judge: Honorable James Ware
23                                                    )

24

25

26

27

28  211524_1.DOC                          -1-                    Case No. C 06-02202 JW

    Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions

1    WHEREAS, the four cases subject to this stipulation have been consolidated for purposes of a

2    hearing on summary judgment motions scheduled by the Court for February 27, 2007;

3    WHEREAS, the four cases consist of two *Initiative* cases (*Madrigal* and *Melendez*) and two

4    *Referendum* cases (*Rangel* and *Rancho San Juan*);

5    WHEREAS, the Court has ordered that the parties confer for purposes of setting a briefing

6    schedule;

7    WHEREAS, to limit the multiplicity of briefs, the parties have agreed to combine and present

8    joint briefs by three sides if they may have 35 pages in the Opening Brief, and to limit the number of

9    briefs on each of the three sides to two;

10    WHEREAS, subsequent to the Court's order setting the hearing for February 27, the Board of

11    Supervisors of the County of Monterey adopted a resolution to place the subject Initiative measure on

12    the June 5, 2007, ballot;

13    WHEREAS, the plaintiffs in one of the *Initiative* cases, the *Madrigal* case, will be submitting a

14    stipulation and proposed order to the Court dismissing that case;

15    WHEREAS, the parties to the other *Initiative* case, the *Melendez* case, disagree as to the effect of

16    the County's action in placing the Initiative on the ballot for the proper disposition of the *Melendez* case;

17    WHEREAS, the parties to the two *Referendum* cases continue to dispute matters on the merits;

18    WHEREAS, as a result of the foregoing there are now three sides to the cases as follows:

19        1.    Plaintiffs in the original *Rangel* case;

20        2.    Plaintiffs in the original *Melendez* and *Rancho San Juan* cases;

21        3.    Monterey County Defendants in all cases;

22    WHEREAS, further the parties have agreed that simultaneous opening and responsive briefs

23    would be sufficient without the need for replies.

24    WHEREAS, the parties are cognizant of the short time left after the foregoing events, but wish to

25    move forward on a shortened briefing schedule that would nevertheless give the Court the full two

26    weeks contemplated in the rules after briefing;

27    NOW THEREFORE the parties stipulate and respectfully request that the Court order:

28

211524_1.DOC                                    -2-                              Case No. C 06-02202 JW

Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions

1    The Opening Brief for each set of parties setting forth their position in the *Initiative* cases and

2    moving for cross-summary judgment motions in the *Referendum* cases will be due on February 7, 2007.

3    Simultaneous Opposition/Closing Briefs will be due on February 13, 2007.

4    The Opening Brief may be 35 pages rather than 25, but the Opposition/Closing Briefs will

5    comply with the page limits in the rules for Opposition briefs.

6

7    Dated: February 5, 2007                    NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

8                                               / S /
                                        By: _____
9                                               STEPHEN N. ROBERTS

10                                             Attorneys for Defendants
                                               COUNTY OF MONTEREY, THE BOARD OF
11                                             SUPERVISORS OF THE COUNTY OF MONTEREY, AND
                                               ANTHONY ANCHUNDO
12
     Dated: February 2, 2007                   JOAQUIN G. AVILA
13
14                                             / S /
                                        By: _____
15                                             JOAQUIN G. AVILA

16                                             Attorneys for Plaintiffs
                                               SABAS RANGEL AND MARIA BUELL
17

18
     Dated: February 2, 2007                   STRUMWASSER & WOOCHER
19                                             / S /
                                        By: _____
20                                             FREDRIC D. WOOCHER

21                                             Attorneys for Plaintiffs
                                               RANCHO SAN JUAN OPPOSITION COALITION,
22                                             CITIZENS FOR RESPONSIBLE GROWTH, JULIE
                                               ENGELL, WILLIAM MELENDEZ, KEN GRAY, JYL
23                                             LUTES, CAROLYN ANDERSON, AND LANDWATCH
                                               MONTEREY COUNTY
24

25

26

27   **ATTESTATION** I, Stephen N. Roberts, am the ECF User whose identification and password are being

28
     211524_1.DOC                                   -3-                          Case No. C 06-02202 JW

     Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions

1  used to file this document.  In compliance with General Order 45.X.B, I hereby attest that Joaquin G.

2  Avila and Fredric Woocher have concurred in this filing.

3                                                              _____/S/_____
                                                              Stephen N. Roberts

Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions

## ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1.    The Opening Brief is due on February 7, 2007;

    2.    Opposition and Closing Briefs will be due on February 13, 2007; and

    3.    The Opening Brief may be 35 pages rather than 25.

Dated:   2/6/2007

_____
HON. JAMES WARE
U.S. District Court Judge

211524_1.DOC           -5-          Case No. C 06-02202 JW

Stipulation and [Proposed] Order Regarding Briefing Schedule on Summary Judgment Motions