1  Joaquin G. Avila (State Bar No. 56484)
   634 South Spring Street, 11th Floor
2  Los Angeles, CA 90014
   Telephone: (206) 398-4117
3  Facsimile: (206) 398-4036

4  Attorney for Plaintiffs
   SABAS RANGEL and MARIA BUELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Monterey Referendum | CIVIL ACTION NO.<br><br>C 06-02202 JW<br><br>PLAINTIFFS RANGEL, ET AL., NOTICE OF NON-APPEARANCE<br><br>Courtroom: 8<br>Judge: Hon. James Ware<br>Date: October 29, 2007<br>Time: 9:00 am |

Notice is hereby given that Sabas Rangel and Maria Buell Plaintiffs in the above named consolidated case, will not make an appearance before the Court for the hearing scheduled on October 29, 2007.  This hearing involves the resolution of an attorneys' fees dispute between Monterey County and the Rancho San Juan Opposition Coalition.

Plaintiffs are authorized to state that counsel for Monterey County and Rancho San Juan

/
/
/
/
/

In re: County of Monterey Referendum
Plaintiffs Rangel, *et al.*, Notice of Non-Appearance
Civ. Act. Nos. C 06-02202 JW                                                                                               1

1 Opposition Coalition do not oppose this Notice. For these reasons, the Rangel Plaintiffs are
2 notifying the Court of this non-appearance.

3 Dated: October 18, 2007.                                  Joaquin G. Avila

4                                                                 /s/

5                                                             Attorney for Plaintiffs-Appellants

6                                                             Sabas Rangel and Maria Buell

7

8 Approved.

9 Date:  October 22, 2007

10                                                             JAMES WARE

11                                                             United States District Judge

27 In re: County of Monterey Referendum
Plaintiffs Rangel, *et al.*, Notice of Non-Appearance
28 Civ. Act. Nos. C 06-02202 JW                                                             2